### (September 12, 1956)

■ In the Matter of the Claim of RAFFAELE AGOVINO, Appellant, against GALLO CONTRACTING COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.